# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

IN RE:

Brian Michael Stanley, Sr.,
                Debtor.

CASE NO. 15-31918
CHAPTER 13

## RESPONSE TO TRUSTEE'S MOTION TO DEEM MORTGAGE CURRENT

NOW COMES, US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST (hereinafter referred to as Creditor), by and through its attorneys, McMichael Taylor Gray, LLC and files this Response to Trustee's Motion to Deem Mortgage Current filed on May 3, 2021, docket number 83.

1. Creditor agrees that the amount required to cure the pre-petition delinquency as set forth in Creditor's claim a has been paid in full.

2. Creditor agrees that the account is current. The Debtor is due for the June 1, 2021 payment.

This 24th day of May, 2021.

/s/ Mark A. Baker
Mark A. Baker
NC Bar No. 32382
McMichael Taylor Gray, LLC
3550 Engineering Drive
Suite 260
Peachtree Corners, GA 30092
404-474-7149
mbaker@mtglaw.com

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

IN RE:

Brian Michael Stanley, Sr.
      DEBTOR(S)

CASE NO. 15-31918
CHAPTER 13

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **RESPONSE TO TRUSTEE'S MOTION TO DEEM MORTGAGE CURRENT** in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

**Via U.S. Mail**
Brian Michael Stanley, Sr.
6615 April Mist Trail
Huntersville, NC 28078

**Via CM/ECF electronic service:**
Chris Karrenstein
Law Office of Chris Karrenstein, P.C.
10590 Independence Pointe Pkwy
Suite 200
Matthews, NC 28105

Warren L. Tadlock
5970 Fairview Road, Suite 650
Charlotte, NC 28210

This 24th day of May, 2021.

              /s/ Mark A. Baker
              Mark A. Baker
              NC Bar No. 32382
              McMichael Taylor Gray, LLC
              3550 Engineering Drive
              Suite 260
              Peachtree Corners, GA 30092
              404-474-7149
              mbaker@mtglaw.com